IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA       :
      :
     v.       :      CRIMINAL NO. 5:15-CR-136
      :
Cortese Davis et al       :

APPLICATION FOR WRIT OF HABEAS CORPUS

      The undersigned Assistant United States Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus (x) ad prosequendum      () ad testificandum () in re motion pursuant to 28 U.S.C. § 2255 and avers:

     1.    Name of detainee:     Smith Merinord
     2.    Detained by:    Cumberland County Jail
                   Fax number: 910-672-5737

     3.    Detainee is ( x) charged in this district by (x ) Indictment ( ) Information ( ) Complaint with, OR ( ) was convicted in this district of, violating Title 18 U.S.C. §371, OR    () is a witness not otherwise available by the ordinary process of the Court.

     4.    Appearance is necessary on Monday, May 11, 2015 at 9:00am, (x) in U.S. Magistrate Court, Raleigh, North Carolina, before Magistrate Judge Numbers OR () before the Federal Grand Jury in this district, for: (x) initial appearance () detention hearing () arraignment () plea hearing () trial () sentencing () in re a motion pursuant to 28 U.S.C. §2255 () the purpose of giving testimony in the captioned proceeding ( ) other purpose(s), specifically.


                __/s/ Rudy Renfer_____
                RUDY E. RENFER
                Assistant United States Attorney

WRIT OF HABEAS CORPUS

(x) Prosequendum        () Ad Testificandum        () In Re Motion to Vacate

      The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and other United States Marshals and their deputies, is and are directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

6 May 2015

                   _____
                   James E. Gates
                   United States Magistrate Judge