UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NUMBER: 5:15-CR-136-2BO

United States of America

vs.                      ORDER

Smith Merinord

IT IS HEREBY ORDERED that the following exhibit will be returned to <u>ATFE Agent Jason Pacurari,</u> and remain in his custody through any proceeding on appeal or review.

Government's Exhibit: #14 - Gun

#59 - Bag of Bullets

#76 - 2 Bullets Found in CarMax Parking Lot

Agent: _____

This __8th__ day of June, 2016.

_____
TERRENCE W. BOYLE, US District Judge