UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISTRICT
NO. 5:15-CR-136-BO2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER |
| V. ) | AMENDING JUDGMENT |
| ) | |
| SMITH MERINORD ) | |

This matter is before the Court on the Government's Motion to Correct/Amend Judgment in a Criminal Case pursuant to Fed. R. Crim. P. 35(a). Upon good cause shown, the Motion is GRANTED.

The clerk is directed to amend the judgment to reflect the correct amount of restitution as $44,311.00.

SO ORDERED, the 14 day of September, 2016.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE