IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-136-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| SMITH MERINORD, ) | |
| ) | |
| Defendant. ) | |

Defendant's conviction is final. See [D.E. 114, 118, 133, 154, 155, 156, 157, 158]. To the extent defendant seeks compassionate release, the court DENIES the motions [D.E. 247, 249] for the reasons stated in the court's order of March 18, 2022. See [D.E. 204, 228, 229]. At bottom, given the horrifying nature of defendant's criminal behavior and his mixed record in federal custody, the factors under 18 U.S.C. § 3553(a) do not warrant compassionate release or a sentence reduction. See id.

SO ORDERED. This 11 day of December, 2025.

JAMES C. DEVER III
United States District Judge